[No. 10193.  *En Banc*.  July 17, 1913.]

ADA STELLA JOHNSTON et al., *Respondents*, v. SUPERIOR PORTLAND CEMENT COMPANY, *Appellant*.[1]

Appeal from a judgment of the superior court for Skagit county, Kellogg, J., entered October 25, 1911, upon the verdict of a jury rendered in favor of the plaintiffs, in an action for the wrongful death of an employee in a quarry. Reversed.

*Ira Bronson*, for appellant.

*J. L. Corrigan* and *M. P. Hurd*, for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing of this case by the court *En Banc*, the majority still adhere to the original opinion as found in 69 Wash. 250, 124 Pac. 1119, and for the reasons there given are of the opinion that the judgment should be reversed and the cause dismissed.